

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2018

No. 04-18-00757-CR

Loribeth **MARTINEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 15-08-11761-CR
Honorable Camile G. Dubose, Judge Presiding

# O R D E R

The trial court imposed sentence on September 4, 2018. Appellant's notice of appeal was due to be filed by October 4, 2018. *See* TEX. R. APP. P. 26.2(a). On October 11, 2018, Appellant filed a notice of appeal, and on October 18, 2018, Appellant filed a motion for extension of time to file a notice of appeal.

Appellant's motion for extension of time to file the notice of appeal is GRANTED; Appellant's notice of appeal is deemed timely filed. *See id.* R. 26.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court